UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

OSAMA METWALLY,

                Plaintiff,

    -against-

CITY OF NEW YORK et al.,

                Defendants.

------------------------------------- x

ORDER

19 Civ. 8206 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for March 3, 2020 is adjourned to April 14, 2020 at 9:45 a.m.

Dated: New York, New York
      March 3, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge