USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 26 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

OSAMA METWALLY,

                    Plaintiff,

-against-

CITY OF NEW YORK et al.,

                    Defendants.

---------------------------------------------------------------x

ORDER

19 Civ. 8206 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 14, 2020 conference is adjourned to June 23, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge