USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: ___JUN 0 8 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OSAMA METWALLY,

                    Plaintiff,　　　　　　　:　　　　　　ORDER

      -against-　　　　　　　　　　　:　　　　19 Civ. 8206 (GBD)

CITY OF NEW YORK et al.,　　　　　:

             Defendants.　　:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    The June 23, 2020 conference is adjourned to October 6, 2020 at 9:45 a.m.

Dated: New York, New York　　　　　　　　SO ORDERED.
       June 8, 2020

                                   George B. Daniels
                                   GEORGE B. DANIELS
                                   United States District Judge