UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

OSAMA METWALLY,

                        Plaintiff,

-against-                                    ORDER

CITY OF NEW YORK,                    19 Civ. 8206 (GBD) (SDA)

                        Defendants.

------------------------------------- X

GEORGE B. DANIELS, District Judge:

    The October 6, 2020 status conference is adjourned to October 20, 2020 at 9:45 a.m.


Dated: October 1, 2020
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE