UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

OSAMA METWALLY,

                        Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                      Defendants.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 2 2021

ORDER

19 Civ. 8206 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference scheduled to occur on February 23, 2021 is hereby adjourned to May 4, 2021 at 9:45 a.m.

Dated: February 22, 2021
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE