**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

OSAMA METWALLY,

                Plaintiff,

-against-

                ORDER

CITY OF NEW YORK, et al.,

                19 Civ. 8206 (GBD)

                Defendants.

------------------------------------ X

GEORGE B. DANIELS, District Judge:

The status conference scheduled to occur on September 21, 2021 is hereby adjourned to October 12, 2021 at 9:45 a.m.

Dated: September 13, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE