UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

OSAMA METWALLY,

                    Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------ X

ORDER

19 Civ. 8206 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference scheduled for October 12, 2021 is cancelled, in light of this Court's referral to Magistrate Judge Aaron for General Pretrial. Plaintiff's counsel is instructed to respond to Defendants' letter motion, dated October 5, 2021, (ECF No. 31).

Dated: October 6, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE