UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Osama Metwally,

                              Plaintiff,

      -against-

City of New York et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021

1:19-cv-08206 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held with the parties today, for the reasons stated on the record, the Court hereby ORDERS, as follows:

1. No later than Tuesday, November 16, 2021, Plaintiff may file an Amended Complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.

2. No later than Tuesday, November 16, 2021, Plaintiff shall file any motion seeking an extension of his time to serve any individual defendant. Any opposition shall be filed no later than Friday, December 3, 2021. Any reply shall be filed no later than Friday, December 10, 2021.

3. No later than Monday, November 22, 2021, after meeting and conferring, the parties shall file a joint letter proposing a schedule for the remainder of discovery. If the parties cannot come to agreement on such proposed schedule, the joint letter shall set forth their respective positions.

**SO ORDERED.**

Dated:       New York, New York
              October 27, 2021

                                                          _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge