UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021
```

Osama Metwally,

               Plaintiff,

-against-

City of New York et al.,

               Defendants.

1:19-cv-08206 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Friday, December 3, 2021, at 11:00 a.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
              November 23, 2021

_____
STEWART D. AARON
United States Magistrate Judge