UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Osama Metwally,

                               Plaintiff,

      -against-

City of New York et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2022

1:19-cv-08206 (GBD) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    No later than Tuesday, July 12, 2022, the parties shall file a joint letter advising the Court whether either party intends to file a dispositive motion (and, if so, setting forth a proposed briefing schedule).

SO ORDERED.

Dated:    New York, New York
            June 29, 2022

_____
STEWART D. AARON
United States Magistrate Judge