USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/8/2022

*Law Office of JOEL M. GLUCK*
*20 Vesey Street  Suite 1206*
*New York,  N.Y.  10007*
*(  347-281-2643)*
*Fax  (212) 619 6701*
*Email: jmgluck200@aol.com*

October 7, 2022

Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York,  N.Y. 10007

        Osama Metwally v. City of New York
        19 CV  8206 (GBD)(SDA)
        Request for an Extension of Time to
        Submit Plaintiff's Response to
        Defendants' Summary Judgment Motion

Dear Magistrate  Aaron:

     I represent the above  plaintiff.  The parties provided the Court with  a briefing schedule the Defendant's summary Judgment motion.  Defendants filed their summary  judgment  motion  on  8/30/2022. Plaintiff's  response  was  due   by  10/7/2022.

     Due to scheduling problems and an appellate matter pending this week,  I was not able to submit a response to the summary judgment motion or to seek a  extension before today.

     Plaintiff respectfully requests that the Court grant  an additional 14 day extension to  10/21/2022  for Plaintiff's response to the pending summary judgment motion.

     I have contacted Mr. Stavridis of the Law Department who has graciously consented to this extension.   Accordingly,  Plaintiff respectfully requests that the Court extend his time to respond 10/21/2022.

                                                              Respectfully submitted

*Joel M. Gluck* (signature)

Joel M. Gluck
Attorney for Plaintiff

cc; via ECF to
counsel of record
Steve Stavridis

Request GRANTED. Plaintiff shall file his opposition to the pending summary judgment motion by 10/21/2022. The City shall file its reply by 11/2/2022. SO ORDERED.
Dated: 10/8/2022

*Stuart D. Aaron* (signature)