**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OSAMA METWALLY,

                     Plaintiff,

    -against-                                      19 **CIVIL** 8206 (GBD)(SDA)

                                                            **JUDGMENT**

CITY OF NEW YORK,

                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated April 6, 2023, Magistrate Judge Aaron's Report is ADOPTED in full. Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      April 6, 2023

                                                              **RUBY J. KRAJICK**

                                                              _____
                                                               **Clerk of Court**

                                       **BY:**    *K. Mango*

                                                               _____
                                                               **Deputy Clerk**